**NOTE: CHANGES MADE BY COURT**

# JS-6

IN THE UNITED STATES DISTRICT

FOR THE CENTRAL COURT DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY VAN,<br><br>          Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>       Defendant. | Case No. 5:23-cv-00912-FWS-SP<br><br>**ORDER RE STIPULATION DISMISSING ACTION WITHOUT PREJUDICE [20]** |

///

///

///

Having reviewed and considered the Stipulation Dismissing Action without Prejudice [14] (the "Stipulation"), and good cause appearing, the court **ORDERS** the following:

1. The above-captioned action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff AMY VAN ("Plaintiff") re-filing the Action following the completion of the Administrative Action.

2. If Plaintiff elects to re-file the Action, the time between the dismissal and recommencement (if any) will not count against any statute of limitations or other time-related defenses.

3. Nothing in this Order acts as a waiver of Defendant JPMORGAN CHASE BANK, N.A.'s right to compel arbitration of any arbitrable claims.

**IT IS SO ORDERED**.

Dated:  July 7, 2023

_____
  Hon. Fred W. Slaughter
  UNITED STATES DISTRICT JUDGE